# EXHIBIT A

## LIST OF ALL PARTIES AND COUNSEL OF RECORD

Plaintiff, Dammeion Clark
c/o Bernard Hubbard, II
The Law Offices of Bernard Hubbard, II
2706 Cypress Woods Lane
Manvel, Texas 77579
(601) 942-8958 – Telephone
(832) 219-8088 – Facsimile
bj@bjhubbardlaw.com
**ATTORNEY FOR PLAINTIFF DAMMEION CLARK**


Kimberly A. Chojnacki
Texas Bar No. 24068696
kchojnacki@bakerdonelson.com
Melissa Vest
Texas Bar No. 24096002
mvest@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ. P.C.
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 – Telephone
(713) 650-9701 – Facsimile
**ATTORNEYS FOR DEFENDANT INTERNATIONAL PAPER COMPANY**