**<u>EXHIBIT B</u>**

**INDEX OF ALL DOCUMENTS FILED IN STATE COURT ACTION**

| EXHIBIT | DATE FILED | DOCUMENT TITLE |
|---|---|---|
| B-1 | | STATE COURT DOCKET SHEET |
| B-2 | 01/23/23 | PLAINTIFF'S ORIGINAL PETITION |
| B-3 | 04/06/23 | REQUEST FOR PROCESS |
| B-4 | 04/06/23 | ISSUED CITATION |
| B-5 | 04/28/23 | RETURNED CITATION |
| B-6 | 05/22/23 | DEFENDANT'S ORIGINAL ANSWER |
| B-7 | 05/31/23 | PLAINTIFF'S FIRST AMENDED PETITION |

Date Printed: Fri Jun 02 11:07:56 CDT 2023

# Case Summary

Cause Number: 230015-C                                    Last Filed:  01/23/2023
Style: Dammeion Clark Vs. International Paper Company
Case Type: Injury or Damage: Other
Category: Civil                          Court: 260th District Court

## Party(s) of Case: 230015-C

| # | Party | Name | Inactive Date |
|---|---|---|---|
| 1. | Plaintiff Atty | Hubbard, II,Benard | |
| 2. | Defendant | International Paper Company, | |
| 3. | Plaintiff | Clark,Dammeion | |

## Event(s) of Case: 230015-C

| # | Type | Date/Time | Description |
|---|---|---|---|
| 1. | PLTF/PET'S 1ST AMD/SUP PETITION | 05/31/2023 | PLTF/PET'S 1ST AMD/SUP PETITION |
| 2. | DEFT'S ORIG ANS | 05/22/2023 | DEFENDANT'S INTERNATIONAL PAPER COMPANY'S ORIGINAL ANSWER |
| 3. | CITATION RETURNED | 04/28/2023 | CITATION RETURNED |
| 4. | CITATION ISSUED | 04/06/2023 | CITATION ISSUED - E-mailed to bj@bjhubbardlaw.com |
| 5. | REQ FOR PROCESS FORM | 04/06/2023 | REQ FOR PROCESS FORM |
| 6. | E-FILE RECEIPT | 04/06/2023 | E-FILE RECEIPT |
| 7. | COPY REQUEST | 01/24/2023 | COPY REQUEST - Pltf's Orig Pet. SB |
| 8. | E-FILE RECEIPT | 01/23/2023 | E-FILE RECEIPT |
| 9. | PLAINTIFF'S ORIGINAL PETITION | 01/23/2023 | PLAINTIFF'S ORIGINAL PETITION |

## Case Type(s) of Case: 230015-C

| Case Type | Filing Date | Disposition | Disposition | Case Age |
|---|---|---|---|---|
| 1. Injury or Damage: Other | 01/23/2023 | | | 130 Days |

## Fine Card of Case: 230015-C

| # | Receipt No. | Payment Date | Amount Paid |
|---|---|---|---|
| 1. | 273589 | 2023-01-26 00:00:00.0 | $ 350.0 |
| 2. | 274607 | 2023-04-11 00:00:00.0 | $ 8.0 |
| | | Total Due: | $ 0.00 |



State of Texas
County of Orange
   I, ANNE REED, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same as filed and appears of record in my office.
   Witness my official seal and signature of office in Orange, Texas, this the 1st day of June 2023

ANNE REED
Clerk of District Court
of Orange County, Texas
by
   JUSTIN RHODES

**EXHIBIT B-1**

**DO NOT COPY OR ALTER - This document contains security features.**

CAUSE NO. _____   230015-C

| | |
|---|---|
| DAMMEION CLARK | IN THE DISTRICT COURT OF |
| V. | ORANGE COUNTY, TEXAS |
| INTERNATIONAL PAPER COMPANY | 260th ____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **DAMMEION CLARK,** hereinafter referred to as "Plaintiff," and complaining of and about **INTERNATIONAL PAPER COMPANY**, hereinafter referred to as "Defendant," and for cause of action, would respectfully show the court the following:

### 1. DISCOVERY CONTROL PLAN

Discovery in this matter is to be conducted according to Level 3 per Tex. R. Civ. P. 190.4.

### 2. PARTIES

2.1   Plaintiff, **DAMMEION CLARK**, is a resident of Baton Rouge, East Baton Rouge Parish, Louisiana.

2.2   Upon information and belief, Defendant, **INTERNATIONAL PAPER COMPANY,** is a foreign corporation, operating within, and existing under the law of a state other than Texas.  Defendant may be served by and through its registered agent for service: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

2.3   This suit is brought in accordance with the laws of the State of Texas for the recovery of damages to which your Plaintiff is entitled to recover from the Defendant herein.  Plaintiff will show that the incident was brought about and caused to occur, and/or was proximately

EXHIBIT
**B-2**

**DO NOT COPY OR ALTER - This document contains security features.**

caused by the negligence of the Defendant.  Such negligent acts will be set out more fully

hereinafter.

## 3.  JURSIDICTION AND VENUE

Plaintiff would show that both jurisdiction and venue are proper in this cause of action

pursuant to the Tex.Civ.Prac.Rem. Code § 15.002.

## 4.  STATEMENT OF FACTS

4.00    Plaintiff brings this cause of action to recover damages sustained on or about January 26,

2021, in Orange County, Texas, as a direct and proximate result of Defendant's negligent

maintenance and or operation of property and or instrumentality owned by, and controlled by the

defendant.

4.1     At the time of the accident, the Plaintiff was on site, as an employee of Rexnord

Corporation, who had contracted with defendant, International Paper Company, to perform

maintenance work on certain equipment

4.2     While plaintiff was working on a drive shaft, a heavy metal object, which was above the

plaintiff's work area, fell and struck plaintiff on the head, resulting in serious injuries to plaintiff.

## 5.  PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST DEFENDANT

5.1     Plaintiff alleges and incorporates by reference the preceding paragraph, the same as if set

forth herein verbatim. Defendant's above mentioned actions and/or omissions constituted

negligence, and the negligent conduct was a direct and proximate cause of the accident and

injuries made the basis of this lawsuit.

5.2     The Defendant's negligent actions or omissions include, but are not limited to, one or

more of the following:

a. Defendant failed to maintain the workplace in a reasonably safe condition;

b. Defendant breached duty of care by failing to remedy the defective or dangerous condition;

c. Defendant breached duty of care by failing to provide warning of defective or dangerous condition;

d. Failing to supervise the environment, placing protocols;

e. Failing to provide safety tools and equipment;

f. Failing to ensure company premises were maintained in a way to prevent injuries;

g. Failing to supervise the employees' as per relevant safety regulations.

h. Failing to warn its invitees, employees, and third party contractors as to the hazards conditions complained of herein.

i. Failing to install, adopt or employ adequate safety measures in its workplace to prevent incidents such as the one that injured Plaintiff and is the subject of this lawsuit; and

j. Failing to properly secure the object which fell and struck plaintiff.

5.3    Defendant had a duty to exercise the degree of care that a reasonably prudent person would use to avoid harm to others under circumstances similar to those described above. Defendant breached this duty.

5.4    Plaintiff's injuries were directly and proximately caused by Defendant's negligent, careless, and reckless disregard of said duty.

5.5    Plaintiff will show that all of the above foregoing acts and/or omissions, constitute negligence that directly and proximately caused the occurrence and Plaintiff's injuries and damages.

## 6.  DAMAGES

6.00    As a direct and proximate result of the negligent acts and/or omissions of Defendant, Plaintiff has suffered damages for which Plaintiff seeks recovery from Defendant.  Plaintiff's losses include, but are not limited to the following damages:

> a. Past medical expenses;
>
> b. Past physical pain and suffering;
>
> c. Past physical impairment;
>
> d. Past mental anguish and suffering;
>
> e. Past lost wages and loss of consortium;
>
> f. Future medical expenses;
>
> g. Future physical pain and suffering;
>
> h. Future physical impairment;
>
> i. Future mental anguish and suffering; and,
>
> j. Future lost wages and future loss of consortium.

6.1    The negligence and carelessness of Defendant directly and proximately caused the accident made the basis of this lawsuit, and the injuries and damages to plaintiff complained of herein.

## 7.  PREJUDGEMENT INTEREST

Plaintiff also asserts a claim for both pre- and post-judgment interest for all elements of damages, as allowed by law.

## 8. RULE 193.7 NOTICE

This is given as notice to the Defendant that the Plaintiff intends to use all of Defendant's discovery responses as evidence at trial in accordance with such right and

privileges established by Texas Rule of Civil Procedure 193.7.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendant be cited to appear and answer herein, and that upon final trial and hearing hereof, Plaintiff recover a judgment over and against Defendant for the damages as pled herein, based upon the evidence, in the amounts the jury determines to be fair and reasonable, and for such other and further relief, at law and in equity, to which the Plaintiff may show himself justly entitled. Petitioner prays for general relief.

Respectfully Submitted,

The Law Offices of Benard Hubbard, II
By: /s/ Benard Hubbard, II
BENARD HUBBARD, II
Texas State Bar No.  24125287
 2706 Cypress Woods Lane
Manvel, Texas 77578
(601) 942-8958 (Telephone)
(832) 219-8088 (Facsimile)
bj@bjhubbardlaw.com

*ATTORNEY FOR PLAINTIFF*

## JURY DEMAND

Plaintiff respectfully demands a trial by jury.

By:     /s/ _Benard Hubbard, II_____
        Benard Hubbard, II



State of Texas
County of Orange
    I, ANNE REED, Clerk of the District Court in and
for Orange County, Texas, do hereby certify that the
above and foregoing is a true and correct copy of the
Original Hereof, as same as filed and appears of record
in my office.
    Witness my official seal and signature of office in
Orange, Texas, this the 2nd day of June 2023

            ANNE REED
        Clerk of District Court
    of Orange County, Texas
    by

    JUSTIN RHODES

DO NOT COPY OR ALTER - This document contains security features.



*Orange County District Clerk's Office*

**Request for Process**

All sections **must** be completed for processing this request

FILED 4/6/2023 3:43 PM
Anne Reed, District Clerk
Orange County, Texas
Envelope No. 74424254
Reviewed By: Justin Rhodes

---

**Section 1: Required Fields**

Cause No.: 230015-C                              Date.: April 6, 2023

Style of Case: Dammeion Clark v. International Paper Company

---

**Section 2: Required Fields**

**Title of your Document / Name of Pleading to be attached for Service**

Plaintiff's Original Petition

---

**Section 3: Required Fields**

**Attorney's Name:** Benard Hubbard, II

Address: 2706 Cypress Woods Lane

City: _____   State: Texas   Zip: 77578

Attorney's phone No.: 601.942.8958        Attorney's Bar No.: 24125287

Attorney's E-Mail Address: bj@bjhubbardlaw.com

---

**Section 4: Required Fields**

**Put the NUMBER of parties by the type of Service you're requesting below:**

__1__    Citation **(Issuance $8.00 per party per pleading)**

_____    Citation **(Issuance $16.00 per party per pleading)**
      ☐ Secretary of State    ☐ Texas Transportation Commission    ☐ Department of Insurance

_____    Temporary Restraining Order **(Issuance $8.00 per party)**

_____    Notice of Hearing/Notice to Show Cause/Order to Appear **(Issuance $8.00 per party)**

_____    Application for Protective Order/Temporary (Ex Parte) Protective Order ** **(Issuance $16.00 per party)**
      ** Submit the **REQUIRED TCIC/NCIC** Form and List below the Law Enforcement Agency for the TCIC & Law Enforcement Agency to receive Certified Copies of the Temp. Ex Parte.

      _____

_____    Precept to Serve **(Issuance $8.00 per party)**

_____    Writ of_____ **(Issuance $8.00 per party)** *Writ returnable in____ days.*

_____    Citation by Posting **(Issuance $8.00 per party + Clerk's OCA Website Posting Fee $80.00)**
      - As per law, all citations by postings must also be posted on the OCA Website.

_____    Citation by Publication **(Issuance $8.00 per party + Clerk's OCA Website Posting Fee $80.00)**
      * A Motion and Order for Alternate Service is required and must contain the number of weeks to run.
      - As per law, all citations by publications must also be posted on the OCA Website.
      • **Newspapers Name & Address:** _____
      • **Weeks to Publish:** _____

_____    Civil Bond Approval ($5.00)

---

**Section 5: Required Fields**

**Put a ✔ by Type of Delivery below:**

** All service not served by the Orange County Sheriff will be returned via provided E-Mail.

✔    E-mail Return **(Please provide E-Mail address, Contact Name and Phone Number)**
      bj@bjhubbardlaw.com

_____    Certified Mail-Return Receipt Requested **($80.00 service fee per party per pleading)** ____ **Restricted Delivery**

_____    Orange Co. Sheriff (See attached Fee Schedule)
      *For any questions concerning the Sheriff's Fees, contact the Sheriff's Office at (409) 883-2612 and ask for the Civil Service Division.*

**Service NOT being returned by E-mail:**
There will be a service copy charge of $1.00 **per page**, **per pleading** & **per party**. Please list below the total amount of copies and cost you will be paying

      **Copies for Service: Total Number of Pages, Per Party being served:_____ , $_____**

**EXHIBIT**
**B-3**

**DO NOT COPY OR ALTER - This document contains security features.**

Section 6:

**Parties to Be Served:** (Please Type or Print)

**1. Name:** CT Corporation System

Address: 1999 Bryan Street, Suite 900

City: Dallas     State: Texas     Zip: 75201

Type of Service requested: N/A - Plaintiff will use private service processor

**2. Name:** _____

Address: _____

City: _____ State: _____ Zip: _____

Type of Service requested: _____

**3. Name:** _____

Address: _____

City: _____ State: _____ Zip: _____

Type of Service requested: _____

**4. Name:** _____

Address: _____

City: _____ State: _____ Zip: _____

Type of Service requested: _____

**5. Name:** _____

Address: _____

City: _____ State: _____ Zip: _____

Type of Service requested: _____

**6. Name:** _____

Address: _____

City: _____ State: _____ Zip: _____

Type of Service requested: _____

**7. Name:** _____

Address: _____

City: _____ State: _____ Zip: _____

Type of Service requested: _____

*Revision 1/20/2022*



## CIVIL PROCESS FEES- EFFECTIVE JANUARY 1ST, 2022

| | |
|---|---|
| AFFIDAVITS OF SERVICE | $15.00 |
| BILL OF REVIEW | $80.00 |
| CAPIAS (CIVIL WARRANT) | $80.00 |
| CITATIONS /PRECEPTS /SUMMONS<br>-by personal service, posting, or publication | $80.00 |
| CLEARANCE LETTERS<br>-Criminal Records Check (Local Records/Background) | $15.00 |
| CRIMINAL SUBPOENAS | $5.00 |
| EX-PARTE PROTECTIVE ORDER | $80.00 |
| FORCIBLE DETAINER (EVICTION) | $80.00 |
| INJUNCTION | $80.00 |
| NOTICE OF APPLICATION FOR PROTECTIVE ORDER | $80.00 |
| NOTICE TO SHOW CAUSE<br>-by personal services or publication | $80.00 |
| NOTICE OF SUBSTITUTE TRUSTEE SALE | $80.00 |
| NOTICE TO TAKE DISPOSITION (ORAL/WRITTEN) | $80.00 |
| NOTICE PRECEPT TO SERVE | $80.00 |
| POSTING OF WRITTEN CAUSE<br>-citation, probate, trustee sale | $80.00 |
| PROTECTIVE ORDER | $100.00 |
| PUBLICATIONS | $80.00 |
| SUBPOENAS/SUMMONS (CIVIL) | $80.00 |
| TAX WARRANT | $100.00 |
| TEMPORARY EX-PARTE PROTECTIVE ORDER | $100.00 |
| TEMPORARY RESTRAINING ORDER | $100.00 |
| TURNOVER ORDER (ALL COURTS) | $150.00<br>($150 MAX 3 HRS PER DEPUTY - $50 PER HOUR AFTER 3 HRS) |
| WARRANTS (AFRS, MTRCS, DISTRESS, ARREST) | $70.00 |
| WRIT OF ATTACHMENT (ALL COURTS) | $150.00 |
| WRIT OF CERTIORAR (ALL COURTS) | $150.00 |
| WRIT OF EXECUTION<br>-commissions 10% w/sale(no max) 5% without sale(no max) | $175.00<br>($175 MAX 3 HRS PER DEPUTY - $50 PER HOUR AFTER 3 HRS) |
| WRIT OF GARNISHMENT(ALL COURTS) | $150.00 |
| WRIT OF HABEAS CORPUS (ALL COURTS) | $150.00 |
| WRIT OF POSSESSION | $150.00<br>($150 MAX 3 HRS PER DEPUTY - $50 AFTER 3 HRS) |
| WRIT OF POSSESSION (NON-EVICTION) PERSON PROPERTY | $150.00 |
| WRIT OF RE-ENTRY (ALL COURTS) | $150.00 |
| WRIT OF SEQUESTRATION(ALL COURTS) | $200.00 |
| WRIT OF TEMPORARY INJUCTION | $150.00 |
| WRIT OF TURNOVER ORDER | $150.00<br>($150 MAX 3 HRS PER DEPUTY - $50 AFTER 3 HRS) |
| WRIT OF ORDER OF SALE (ALL COURTS)<br>-commissions 10% w/sale(no max) 5% without sale(no max) | $175.00 |
| ORDER OF SALE TAX | $175.00 |
| OTHER WRITS NOT LISTED | $150.00 |
| LIVESTOCK – IMPOUND (PER HEAD) | $100.00 |
| LIVESTOCK – BOARDING (PER HEAD + PER DAY) | $50.00 |
| HB 3901 WRIT OF ASSISTANCE FOR REPOSSESSION OF AN AIRCRAFT | $150.00<br>($150 MAX 3 HRS PER DEPUTY - $50 AFTER 3 HRS) |
| HB 2486 ORDER OF RETRIEVAL | $150.00<br>($150 MAX 3 HRS PER DEPUTY - $50 AFTER 3 HRS) |
| *With plaintiff to withhold or release levy, without collection, cancel or recall writ without completing collection of judgment costs (except Tax Foreclosure Order of Sale) $500 | |

Approved by Commissioners Court on the __24__ day of __Aug__, 2021.

County Judge John H. Gothia

**DO NOT COPY OR ALTER - This document contains security features.**



State of Texas
County of Orange

    I, ANNE REED, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same as filed and appears of record in my office.

    Witness my official seal and signature of office in Orange, Texas, this the ___ day of _____ 2023

ANNE REED
Clerk of District Court
of Orange County, Texas
by_____

JUSTIN RHODES

## THE STATE OF TEXAS

**To:    International Paper Company**
**CT Corporation System,**
**1999 Bryan St Ste 900**
**Dallas, TX 75201**

Defendant, **NOTICE:**
**YOU HAVE BEEN SUED.**  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave. Ste. 106, Orange, TX 77630

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said    **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 260th District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Ste. 106 Orange, Texas on 23rd day of January, 2023 in the following styled and numbered cause:

**Cause No:  230015-C**

**Dammeion Clark V. International Paper Company**

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
**Benard  Hubbard, II**
**2706 Cypress Woods Lane**
**Manvel TX 77578**
**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this April 6th, 2023.



**ANNE REED, District Clerk**
Orange County, Texas

*Anne Reed*

### RETURN

Came to hand on the _____ day of _____, 20___, at _____o'clock____, M and executed in _____County, Texas, at _____o'clock ___.M on the _____day of _____, 20___, by delivering, in accordance with the requirements of law, to the within named _____ _____In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.

And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

TOTAL FEES: _____          BY:_____

**EXHIBIT B-4**

**DO NOT COPY OR ALTER - This document contains security features.**

 Gmail

Justin Rhodes <jrhodes@co.orange.tx.us>

---

**230015-C Paper Service**
1 message

---

**Justin Rhodes** <jrhodes@co.orange.tx.us>
To: bj@bjhubbardlaw.com

Thu, Apr 6, 2023 at 3:45 PM

Attached is your citation in the above referenced case.  Please print 2 copies and attach the Original  Petition to one before forwarding for service.

Please acknowledge receipt of this service for our records.  If you have any questions please feel free to call.

Thank you,

*Justin Rhodes*

Justin Rhodes

Deputy Clerk

Orange County District Clerk's Office

801 W. Division

(409) 882 -7828

Jrhodes@co.orange.tx.us

---

📄 **International Paper Company - Citation.pdf**
118K



State of Texas
County of Orange
    I, ANNE REED, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same as filed and appears of record in my office.
    Witness my official seal and signature of office in Orange, Texas, this the 2ⁿᵈ day of June 2023

ANNE REED
Clerk of District Court
of Orange County, Texas

by _____

JUSTIN RHODES

DO NOT COPY OR ALTER - This document contains security features.

FILED: 5/1/2023 9:20 AM
Anne Reed, District Clerk
Orange County, Texas
Envelope No. 75163571
Reviewed By: Justin Rhodes

# 260th District Court of ORANGE County, Texas
801 W. DIVISION ORANGE TX 77630

## CASE #: 230015-C

DAMMEION CLARK

*Plaintiff*
VS
INTERNATIONAL PAPER COMPANY

*Defendant*

## AFFIDAVIT OF SERVICE

I, RONALD COBB, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 04/28/23 5:28 am, instructing for same to be delivered upon INTERNATIONAL PAPER COMPANY BY DELIVERING TO REGISTERED AGENT, CT CORPORATION SYSTEM.

That I delivered to: INTERNATIONAL PAPER COMPANY BY DELIVERING TO REGISTERED AGENT, CT CORPORATION SYSTEM. By Delivering to George Martinez, SOP Intake Specialis

the following       : CITATION; PLAINTIFF'S ORIGINAL PETITION

at this address    : 1999 Bryan St Ste 900
                     Dallas, Dallas County, TX 75201

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on       : Friday APR 28, 2023 9:34 am

My name is RONALD COBB, my date of birth is JUN 12th, 1980, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 28th day of April, 2023.

_____
RONALD COBB                    2969   Declarant
TX Certification#: PSC-4574 Exp. 12/31/2023

AX02A23403420                 Service Fee:  75.00  PCP Inv#: A23403420
                              Witness Fee:   .00
                              Mileage Fee:   .00   Reference : INTERNATIONAL PAPER
                              Hubbard, Benard (II)

eaffidavits@pcpusa.net                       E-FILE RETURN

EXHIBIT
B-5

**DO NOT COPY OR ALTER - This document contains security features.**

## THE STATE OF TEXAS

To: **International Paper Company**
CT Corporation System,
1999 Bryan St Ste 900
Dallas, TX 75201

Defendant, **NOTICE:**

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave. Ste. 106, Orange, TX 77630

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said    **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 260th District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Ste. 106 Orange, Texas on 23rd day of January, 2023 in the following styled and numbered cause:

**Cause No: 230015-C**

**Dammeion Clark V. International Paper Company**

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:

        **Benard  Hubbard, II**
        **2706 Cypress Woods Lane**
        **Manvel TX 77578**
**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this April 6th, 2023.



**ANNE REED, District Clerk**
Orange County, Texas

*Anne Reed*

---

**RETURN**

Came to hand on the _____ day of _____, 20___, at _____o'clock____, M and executed in _____County, Texas, at _____o'clock ____.M on the _____day of _____, 20___, by delivering, in accordance with the requirements of law, to the within named _____ _____In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.

And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

TOTAL FEES: _____    BY: _____

**DO NOT COPY OR ALTER - This document contains security features.**

FILED: 5/22/2023 10:46 AM
Anne Reed, District Clerk
Orange County, Texas
Envelope No. 75855417
Reviewed By: Sylvia Dersch

CAUSE NO. 230015-C

| | | |
|---|---|---|
| DAMMEION CLARK | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | ORANGE COUNTY, TEXAS |
| | § | |
| INTERNATIONAL PAPER COMPANY | § | 260TH JUDICIAL DISTRICT |

**DEFENDANT INTERNATIONAL PAPER COMPANY'S ORIGINAL ANSWER**

Defendant, International Paper Company, comes now and files this its Original Answer to the Original Petition filed by Plaintiff, Dammeion Clark.

**I.  GENERAL DENIAL**

1.    Pursuant to Rule 92 of the Texas Rules of Civil Procedure, IP generally denies the material allegations contained in Plaintiff's Original Petition and demands strict proof thereof.

**II.  AFFIRMATIVE DEFENSES**

2.    Clark is not entitled to recovery because Clark's claims are barred by the applicable statute of limitations.

3.    Clark is not entitled to recovery because Clark's election and recovery of workers' compensation benefits in relation to the claims and injuries made the basis of suit was Clark's exclusive remedy for the work-related injury Clark alleges to have sustained. TEX. LAB. CODE § 408.001(a); *Port Elevator-Brownsville, L.L.C. v. Casados*, 358 S.W.3d 238 (Tex. 2012).

4.    IP is entitled to contribution or credit as provided by the laws and statutes of the State of Texas including, but not limited to, the provisions of Chapters 32 and 33 of the Texas Civil Practice and Remedies Code, as well as other applicable laws and statutes.

5.    Clark's damages, if any, were caused by her own conduct, and/or persons or entities over which IP had no control, and/or by conditions or circumstances over which IP has no control, which were the sole, proximate, and/or a producing cause giving rise to this lawsuit.  Alternatively,

4865-5793-1588

**EXHIBIT**
**B-6**

**DO NOT COPY OR ALTER - This document contains security features.**

the conduct of Clark, and/or such third persons or entities or the effect of such conditions was an intervening and/or superseding cause of Clark's damages, if any. IP therefore invokes the comparative responsibility provisions of Chapter 33 of the Texas Civil Practice & Remedies Code.  In the unlikely event any liability may be found on the part of IP, such liability should be reduced by the percentage of the causation found to have resulted from the acts or omissions of Clark and third parties. In the unlikely event that an adverse judgment would be rendered against IP, IP is entitled to all available credits and/or offsets as provided by the Texas Civil Practices & Remedies Code and applicable law.

6.    Clark's claims were not caused by the acts, omissions, negligence, or other conduct of IP nor were any of its agents or employees a proximate producing or sole cause of the occurrence in question.

7.    Clark's claims are barred, in whole or in part, because IP was not negligent and did not breach any legal duty owed to Clark in any manner that caused or contributed to the injuries and damages Clark alleges.  IP will show that its conduct was at all times in keeping in that degree of ordinary care exercised by persons of reasonable prudence under the same or similar circumstances.

8.    IP invokes section 18.091 of the Texas Civil Practice and Remedies Code and requests, to the extent Clark seeks recovery for loss of earning capacity, loss of contributions of a pecuniary value or a loss of inheritance, that the evidence to prove such loss must be presented in the form of a net loss after reduction for income tax payments or unpaid tax liability.  IP further requests that the Court instruct the jury as to whether any recovery for compensatory damages sought by Clark is subject to federal income taxes.

9.    IP invokes section 41.0105 of the Texas Civil Practice and Remedies Code and requests that to the extent Clark seeks recovery of medical or healthcare expenses, the evidence to prove such loss be limited to the amount actually paid by or on behalf of Clark, as opposed to the amount charged.

4865-5793-1588

2

10.     IP will show itself entitled to a credit or offset for all monies or consideration paid to Clark by virtue of any type or form of settlement agreement entered into by and between Clark and any party herein, or any other person or entity not a party to this litigation. Furthermore, by way of additional pleading, IP asserts the affirmative defenses of offset and credit.

11.     IP hereby gives notice that it intends to rely upon such other defenses or denials as may become available or appear during discovery as it proceeds in this matter and reserves the right to supplement or amend this pleading in a manner authorized by the Texas Rules of Civil Procedure.

### III.  RULE 193.7 NOTICE

12.     IP gives notice under Texas Rule of Civil Procedure 193.7 that it may use any and all documents produced by and any party at any pretrial proceeding and/or trial of this matter.

### IV.  JURY DEMAND

IP respectfully requests a jury trial.

### V.  PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, International Paper Company, prays that the Plaintiff, Dammeion Clark, take nothing by this suit, that Plaintiff's claims against Defendant be dismissed with prejudice, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

3

4865-5793-1588

**DO NOT COPY OR ALTER - This document contains security features.**

Respectfully submitted,

By: _____

Kimberly A. Chojnacki
Texas Bar No. 24068696
kchojnacki@bakerdonelson.com
Melissa Vest
Texas Bar No. 24096002
mvest@bakerdonelson.com
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ. P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone

***Attorneys for Defendant,
International Paper Company***

## CERTIFICATE OF SERVICE

I certify that on May 22, 2023, I served the foregoing document on all counsel of record in accordance with the Texas Rules of Civil Procedure.

Benard Hubbard, II
Law Offices of Benard Hubbard, II
2706 Cypress Woods Lane
Manvel, TX 77578
bj@bjhubbardlaw.com

_____

Kimberly A. Chojnacki

4

4865-5793-1588

DO NOT COPY OR ALTER - This document contains security features.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Shari Falloon on behalf of Kimberly Chojnacki
Bar No. 24068696
sfalloon@bakerdonelson.com
Envelope ID: 75855417
Filing Code Description: Answer/Response
Filing Description: Defendant International Paper Company's Original
Answer
Status as of 5/22/2023 11:48 AM CST

Associated Case Party: Dammeion  Clark

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bernard Hubbard, II | | bj@bjhubbardlaw.com | 5/22/2023 10:46:21 AM | SENT |

Associated Case Party: International Paper Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kimberly A.Chojnacki | | kchojnacki@bakerdonelson.com | 5/22/2023 10:46:21 AM | SENT |
| Clarence Risin | | crisin@bakerdonelson.com | 5/22/2023 10:46:21 AM | SENT |
| Melissa Vest | | mvest@bakerdonelson.com | 5/22/2023 10:46:21 AM | SENT |



State of Texas
County of Orange
    I, ANNE REED, Clerk of the District Court in and
for Orange County, Texas, do hereby certify that the
above and foregoing is a true and correct copy of the
Original Hereof, as same as filed and appears of record
in my office.
    Witness my official seal and signature of office in
Orange, Texas, this the 2ᵗʰ day of June, 2023

ANNE REED
Clerk of District Court
of Orange County, Texas
by Justin Rhea

JUSTIN RHODES

DO NOT COPY OR ALTER - This document contains security features.

FILED: 5/31/2023 10:32 PM
Anne Reed, District Clerk
Orange County, Texas
Envelope No. 76173864
Reviewed By: Justin Rhodes

CAUSE NO. 230015-C

DAMMEION CLARK                         IN THE DISTRICT COURT OF

V.                                     ORANGE COUNTY, TEXAS

INTERNATIONAL PAPER
COMPANY                                260TH JUDICIAL DISTRICT

### PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **DAMMEION CLARK,** hereinafter referred to as "Plaintiff," and

complaining of and about **INTERNATIONAL PAPER COMPANY**, hereinafter referred to as

"Defendant," and for cause of action, would respectfully show the court the following:

### 1. DISCOVERY CONTROL PLAN

Discovery in this matter is to be conducted according to Level 3 per Tex. R. Civ. P.

190.4.

### 2. PARTIES

2.1    Plaintiff, **DAMMEION CLARK**, is a resident of Baton Rouge, East Baton Rouge

Parish, Louisiana.

2.2    Upon information and belief, Defendant, **INTERNATIONAL PAPER COMPANY,** is

a foreign corporation, operating within, and existing under the law of a state other than

Texas.  Defendant may be served by and through its registered agent for service: CT

Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

2.3    This suit is brought in accordance with the laws of the State of Texas for the recovery of

damages to which your Plaintiff is entitled to recover from the Defendant herein.  Plaintiff

will show that the incident was brought about and caused to occur, and/or was proximately

EXHIBIT
**B-7**

DO NOT COPY OR ALTER - This document contains security features.

caused by the negligence of the Defendant.  Such negligent acts will be set out more fully hereinafter.

### 3.  JURSIDICTION AND VENUE

Plaintiff would show that both jurisdiction and venue are proper in this cause of action pursuant to the Tex.Civ.Prac.Rem. Code § 15.002.

### 4.  STATEMENT OF FACTS

4.00    Plaintiff brings this cause of action to recover damages sustained on or about January 26, 2021, in Orange County, Texas, as a direct and proximate result of Defendant's negligent maintenance and or operation of property and or instrumentality owned by, and controlled by the defendant.

4.1    At the time of the accident, the Plaintiff was on site, as an employee of Rexnord Corporation, who had contracted with defendant, International Paper Company, to perform maintenance work on certain equipment

4.2    While plaintiff was working on a drive shaft, a heavy metal object, which was above the plaintiff's work area, fell and struck plaintiff on the head, resulting in serious injuries to plaintiff.

### 5.  PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST DEFENDANT

5.1    Plaintiff alleges and incorporates by reference the preceding paragraph, the same as if set forth herein verbatim. Defendant's above mentioned actions and/or omissions constituted negligence, and the negligent conduct was a direct and proximate cause of the accident and injuries made the basis of this lawsuit.

5.2    The Defendant's negligent actions or omissions include, but are not limited to, one or more of the following:

DO NOT COPY OR ALTER - This document contains security features.

a.   Defendant failed to maintain the workplace in a reasonably safe condition;

b.   Defendant breached duty of care by failing to remedy the defective or dangerous condition;

c.   Defendant breached duty of care by failing to provide warning of defective or dangerous condition;

d.   Failing to supervise the environment, placing protocols;

e.   Failing to provide safety tools and equipment;

f.   Failing to ensure company premises were maintained in a way to prevent injuries;

g.   Failing to supervise the employees' as per relevant safety regulations.

h.   Failing to warn its invitees, employees, and third party contractors as to the hazards conditions complained of herein.

i.   Failing to install, adopt or employ adequate safety measures in its workplace to prevent incidents such as the one that injured Plaintiff and is the subject of this lawsuit; and

j.   Failing to properly secure the object which fell and struck plaintiff.

5.3    Defendant had a duty to exercise the degree of care that a reasonably prudent person would use to avoid harm to others under circumstances similar to those described above. Defendant breached this duty.

5.4    Plaintiff's injuries were directly and proximately caused by Defendant's negligent, careless, and reckless disregard of said duty.

5.5    Plaintiff will show that all of the above foregoing acts and/or omissions, constitute negligence that directly and proximately caused the occurrence and Plaintiff's injuries and damages.

DO NOT COPY OR ALTER - This document contains security features.

## 6.  DAMAGES

6.00    As a direct and proximate result of the negligent acts and/or omissions of Defendant,

Plaintiff has suffered damages for which Plaintiff seeks recovery from Defendant.  Plaintiff seeks

monetary relief over $1,000,000.00, which is within the jurisdictional limits permitted by this

court.  Plaintiff's losses include, but are not limited to the following damages:

> a. Past medical expenses;
>
> b. Past physical pain and suffering;
>
> c. Past physical impairment;
>
> d. Past mental anguish and suffering;
>
> e. Past lost wages and loss of consortium;
>
> f. Future medical expenses;
>
> g. Future physical pain and suffering;
>
> h. Future physical impairment;
>
> i. Future mental anguish and suffering; and,
>
> j. Future lost wages and future loss of consortium.

6.1    The negligence and carelessness of Defendant directly and proximately caused the

accident made the basis of this lawsuit, and the injuries and damages to plaintiff complained of

herein.

## 7.  PREJUDGEMENT INTEREST

Plaintiff also asserts a claim for both pre- and post-judgment interest for all

elements of damages, as allowed by law.

## 8. RULE 193.7 NOTICE

This is given as notice to the Defendant that the Plaintiff intends to use all of

DO NOT COPY OR ALTER - This document contains security features.

Defendant's discovery responses as evidence at trial in accordance with such right and privileges established by Texas Rule of Civil Procedure 193.7.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendant be cited to appear and answer herein, and that upon final trial and hearing hereof, Plaintiff recover a judgment over and against Defendant for the damages as pled herein, based upon the evidence, in the amounts the jury determines to be fair and reasonable, and for such other and further relief, at law and in equity, to which the Plaintiff may show himself justly entitled. Petitioner prays for general relief.

Respectfully Submitted,

The Law Offices of Benard Hubbard, II
By: /s/ Benard Hubbard, II
BENARD HUBBARD, II
Texas State Bar No.  24125287
 2706 Cypress Woods Lane
Manvel, Texas 77578
(601) 942-8958 (Telephone)
(832) 219-8088 (Facsimile)
bj@bjhubbardlaw.com

*ATTORNEY FOR PLAINTIFF*

### JURY DEMAND

Plaintiff respectfully demands a trial by jury.

By:    /s/ _Benard Hubbard, II____
            Benard Hubbard, II



# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Benard Hubbard on behalf of Benard Hubbard
Bar No. 24125287
bj@bjhubbardlaw.com
Envelope ID: 76173864
Filing Code Description: Amended Filing
Filing Description: Plaintiff's First Amended Petition
Status as of 6/1/2023 8:03 AM CST

Associated Case Party: Dammeion Clark

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Bernard Hubbard, II | | bj@bjhubbardlaw.com | 5/31/2023 10:32:12 PM | SENT |

Associated Case Party: International Paper Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Kimberly A.Chojnacki | | kchojnacki@bakerdonelson.com | 5/31/2023 10:32:12 PM | SENT |
| Melissa Vest | | mvest@bakerdonelson.com | 5/31/2023 10:32:12 PM | SENT |
| Clarence Risin | | crisin@bakerdonelson.com | 5/31/2023 10:32:12 PM | SENT |



State of Texas
County of Orange
   I, ANNE REED, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same as filed and appears of record in my office.
   Witness my official seal and signature of office in Orange, Texas, this the 2ⁿᵈ day of June 2023

ANNE REED
Clerk of District Court
of Orange County, Texas
by Justin Rhee

JUSTIN RHODES

DO NOT COPY OR ALTER - This document contains security features.