## **EXHIBIT C**

## **RECORD OF JURY TRIAL REQUESTS**

Clark has requested a jury trial.