**EXHIBIT D**

**NAME AND ADDRESS OF COURT FROM WHICH CASE WAS REMOVED**

Honorable Steve Parkhurst
160th Judicial District Court of Orange County, Texas
Orange County Courthouse
801 W. Division Avenue, Room 304
Orange, Texas 77630