AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| DAMMEION CLARK | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-237 |
| INTERNATIONAL PAPER COMPANY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dammeion Clark.

Date: September 9, 2023

*Attorney's signature*

Benard Hubbard, II Texas Bar No. 24125287
*Printed name and bar number*

2706 Cypress Woods Lane
Manvel, Texas 77578
*Address*

bj@bjhubbardlaw.com
*E-mail address*

(601) 942-8958
*Telephone number*

*FAX number*

Print     Save As...     Reset